IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANIEL HURLBUT                                                          PLAINTIFF
ADC #658898

v.                          CASE NO. 5:19-CV-00173 BSM

WENDY KELLEY, Director, Arkansas
Department of Correction, *et al.*                                      DEFENDANTS

### ORDER

After *de novo* review, United States Magistrate Judge Joe J. Volpe's recommended partial disposition [Doc. No. 13] is adopted. Daniel Hurlbut's motion for class certification [Doc. No. 10] and motion for preliminary injunction [Doc. No. 11] are denied. An *in forma pauperis* appeal would not be in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 8th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE