IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DANIEL HURLBUT**                                                                  **PLAINTIFF**
**ADC #658898**

v.                  **CASE NO. 5:19-CV-00173 BSM**

**WENDY KELLEY, et al.**                                              **DEFENDANTS**

<u>**ORDER**</u>

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 39] is adopted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of February 2020.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE