IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DANIEL HURLBUT**                                                             **PLAINTIFF**
**ADC #658898**

v.                 **CASE NO. 5:19-CV-00173 BSM**

**WENDY KELLEY, et al.**                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE